CO-386
10/2018

# United States District Court
# For the District of Columbia

Eastcoast Siding, Inc. d/b/a
Eastcoast Exteriors

                Plaintiff

vs

Selective Insurance Company of
America

                Defendant

Civil Action No._____

## CERTIFICATE RULE LCvR 26.1

I, the undersigned, counsel of record for  Eastcoast Siding, Inc. d/b/a Eastcoast Exteriors  certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of  Eastcoast Siding, Inc. d/b/a Eastcoast Exteriors  which have

any outstanding securities in the hands of the public:

NONE

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

MD0083
BAR IDENTIFICATION NO.

Jeremy C. B. Wyatt
Print Name

40 West Chesapeake Avenue, Suite 600
Address

| Towson | Maryland | 21204 |
|---|---|---|
| City | State | Zip Code |

410-832-0000
Phone Number