Rev. 8/2018

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

EASTCOAST SIDING, INC.

      Plaintiff

  vs.                                           Civil No.      19-3303     (APM)

SELECTIVE INSURANCE COMPANY                     Category   M
OF AMERICA

      Defendant

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on __11/14/2019__ from __Judge Emmet G. Sullivan__

to __Judge Amit P. Mehta__ by direction of the Calendar Committee.

(Case Transferred by Consent)

<u>JUDGE ELLEN S. HUVELLE</u>
Chair, Calendar and Case
Management Committee

cc:  Judge Emmet G. Sullivan  & Courtroom Deputy
  Judge Amit P. Mehta  & Courtroom Deputy
  Liaison, Calendar and Case Management Committee