# AFFIDAVIT OF PROCESS SERVER

## United States District Court for the District of Columbia

Eastcoast Siding, Inc. d/b/a Eastcoast Exteriors

    Plaintiff(s),

VS.

Selective Insurance Company of America

    Defendant(s).

Attorney: Jeremy C. B. Wyatt

Harrison Law Group
40 West Chesapeake Ave., #600
Towson MD 21204



*248559*

**Case Number: 1:19-cv-03303-EGS**

Legal documents received by Same Day Process Service, Inc. on **11/12/2019** at **2:54 PM** to be served upon **Selective Insurance Company of America, by serving Corporation Service Company at 1090 Vermont Ave., NW, #430, Washington, DC 20005**

I, **Emily Cole**, swear and affirm that on **November 12, 2019** at **3:50 PM**, I did the following:

Served **Selective Insurance Company of America, by serving Corporation Service Company** by delivering a conformed copy of the Letter dated November 12, 2019; Summons in a Civil Action; Complaint; Exhibits; Civil Cover Sheet; Notice of Designation of Related Civil Cases Pending in This or Any Other United States Court; Certificate Rule LCvR 26.1; Notice of Electronic Filing; Standing Order Governing Civil Cases Before Judge Emmet G. Sullivan; [Defendant's] Statement of Material Facts as to Which There is no Genuine Issue; [Plaintiff's] Counter-Statement of Material Facts as to Which There is a Genuine Issue; [Defendant's] Reply to Counter-Statement of Material Facts as to Which There is a Genuine Issue to Max Schriner as Authorized Agent of Selective Insurance Company of America, by serving Corporation Service Company at 1090 Vermont Ave., NW, #430 , Washington, DC 20005.

**Description of Person Accepting Service:**
Sex: Male Age: 35 Height: 5ft4in-5ft8in Weight: 161-200 lbs Skin Color: Caucasian Hair Color: Light Brown

**Supplemental Data Appropriate to this Service:** Title is Litigation Management

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**Emily Cole**
Process Server

**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID: **248559**

District of Columbia: SS
Subscribed and Sworn to before me
this ____ day of _November_ 2019

K. Mack, Notary Public, D.C.
My commission expires February 29, 2024