IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| EASTCOAST SIDING, INC. <br> d/b/a EASTCOAST EXTERIORS <br> <br> *Plaintiff* <br> v. <br> <br> SELECTIVE INSURANCE COMPANY OF AMERICA <br> <br> *Defendant*. | * <br> <br> * <br> <br> * <br> <br> * <br> <br> * | Civil Action No.: 1:19-cv-03303-APM |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**CERTIFICATE REQUIRED BY LCvR 26.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned, counsel of record for Selective Insurance Company of America, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, affiliates, or companies which own at least 10% of the stock of Selective which have any outstanding securities in the hands of the public:  Selective Insurance Group, Inc. is a publicly held corporation and is the parent company of Selective Insurance Company of America.

These representations are made in order that judges of this Court may determine the need for recusal.

                                                 Respectfully submitted,

                                                 */s/ David D. Gilliss*_____
                                                 David D. Gilliss, Bar No. MD05174
                                                 Robert H. Kline, Bar No. MD0103
                                                 Pike & Gilliss, LLC
                                                 600 Washington Avenue, Suite 303
                                                 Towson, Maryland 21204
                                                 gilliss@pikegilliss.com
                                                 rhkline@pikegillis.com
                                                 *Counsel for Selective Insurance Company of America*

2

**CERTIFICATE OF SERVICE**

   The undersigned hereby certifies that on December 3, 2019, the foregoing was served via ECF on the following:

Jeremy C.B. Wyatt
Harrison Law Group
40 W. Chesapeake Ave., Suite 600
Towson, MD 21204
*Counsel for Plaintiff*

               */s/ David D. Gilliss*