IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| EASTCOAST SIDING, INC.<br>d/b/a EASTCOAST EXTERIORS | * | |
| | * | Civil Action No.: 1:19-cv-03303-APM |
| *Plaintiff* | | |
| v. | * | |
| SELECTIVE INSURANCE COMPANY OF<br>AMERICA | * | |
| | * | |
| *Defendant.* | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF APPEARANCE

Please enter the appearance of Robert H. Kline, Pike & Gilliss, LLC, as additional counsel for Defendant Selective Insurance Company of America.

Respectfully submitted,

*/s/ Robert H. Kline*_____
David D. Gilliss, Bar No. MD05174
Robert H. Kline, Bar No. MD0103
Pike & Gilliss, LLC
600 Washington Avenue, Suite 303
Towson, Maryland 21204
gilliss@pikegilliss.com
rhkline@pikegillis.com
*Counsel for Selective Insurance*
*Company of America*

1

## **CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that on December 3, 2019, the foregoing was served via ECF on the following:

Jeremy C.B. Wyatt
Harrison Law Group
40 W. Chesapeake Ave., Suite 600
Towson, MD 21204
*Counsel for Plaintiff*

                                                                             */s/ Robert H. Kline*